In the Matter of the Probate of the Will of CHARLES D. BALDWIN, Deceased.

MARTHA A. BALDWIN et al., Appellants; HELEN H. BALDWIN, Respondent.

*Matter of Baldwin (Will)*, 142 App. Div. 904, affirmed.
(Argued April 24, 1911; decided May 9, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which affirmed a decree of the Kings County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Charles D. Baldwin, deceased.

*William Murray* and *Floyd Martin Sheffield* for appellants.

*Edward J. Fanning* and *Henry M. Dater* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: GRAY, J.